RON BENDER (SBN 143364)
JACQUELINE L. RODRIGUEZ (SBN 198838)
KIM TUNG (SBN 196236)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Reorganized Debtor

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re:

LIGHTPOINTE COMMUNICATIONS, INC., a Delaware Corporation,

    Reorganized Debtor.

) Case No. SD06-02040-JH11
)
) Chapter 11
)
) **ORDER RE OBJECTIONS TO CLAIMS**
) **OF: (1) DEPARTMENT OF THE**
) **TREASURY - INTERNAL REVENUE**
) **SERVICE, AND (2) SAN DIEGO**
) **COUNTY TREASURER-TAX**
) **COLLECTOR**
)
) [NO HEARING REQUIRED]
)

This Court, having considered the "NOTICE OF OBJECTIONS AND OBJECTIONS TO CLAIMS OF: (1) DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE, AND (2) SAN DIEGO COUNTY TREASURER-TAX COLLECTOR; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF CATHAL OSCOLAI AND LORIAN SANDERS IN SUPPORT THEREOF" (the "Claim Objections") filed by LightPointe Communications, Inc., the reorganized debtor in the above-entitled Chapter 11 bankruptcy case (the "Debtor"), all evidence filed by the Debtor in support of the Claim Objections, the lack of opposition to the Claim Objections, the Statement of Non-

Opposition of the Internal Revenue Service to the Debtor's Objection to Claim No. 29, the Declaration of Kim Tung Re: Non-Opposition to Objections to Claims of: (1) the Department of the Treasury – Internal Revenue Service, and (2) the San Diego County Treasurer-Tax Collector, proper notice of the Claim Objections having been given, the opportunity for a hearing to consider the Claim Objections, the entire record in this case, and good cause appearing therefor, it is hereby

ORDERED, as follows:

1. The Debtor's objections to Claim No. 29 filed by the Department of the Treasury – Internal Revenue Service ("IRS") is hereby sustained, and Claim No. 29 filed by the IRS is hereby disallowed in its entirety; and

2. The Debtor's objections to Claim No. 33 filed by the San Diego County Treasurer-Tax Collector ("Tax Collector") is hereby sustained, and Claim No. 33 filed by the Tax Collector is hereby disallowed in its entirety.

Dated: 12-18-07

HON. JOHN J. HARGROVE
UNITED STATES BANKRUPTCY COURT JUDGE

Signature by the attorney constitutes a certification under Fed. R. Bankr. P. 9011 that the relief provided by the order is the relief granted by the court.

Submitted by:

LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.

By: _____
Ron Bender, Esq.
Jacqueline L. Rodriguez, Esq.
Kim Tung, Esq.
Attorney for LightPointe Communications, Inc.
Reorganized Debtor

ORDER RE OBJECTIONS TO CLAIMS OF: (1) DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE, AND (2) SAN DIEGO COUNTY TREASURER-TAX COLLECTOR
USBC Case No. SD06-02040-JH11

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

On December 14, 2007 I served the foregoing document(s) described as:

ORDER RE OBJECTIONS TO CLAIMS OF: (1) DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE, AND (2) SAN DIEGO COUNTY TREASURER-TAX COLLECTOR

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as follows:

SEE ATTACHED SERVICE LIST

__X__   (By Mail) I caused such envelope with postage thereon, fully prepaid to be placed in the United States mail. Executed on December 14, 2007, at Los Angeles, California.

_____   (By Facsimile) I caused said document to be sent via facsimile transmission to the party(ies) so designated on attached list. Executed on December __, 2007, at Los Angeles, California.

_____   (By E-mail) I caused such document to be delivered via email to the addressees on the attached list. Executed on December __, 2007, at Los Angeles, California.

_____   (By Personal Service) I caused such envelope to be delivered by hand to the offices of the addressees so delineated on the attached list. Executed on December __, 2007, at Los Angeles, California.

_____   (By Federal Express **and** Express Mail) I caused said document to be sent via Federal Express **or** Express Mail for next business morning delivery to the entity so designated on the attached list. Executed on December __, 2007, at Los Angeles, California.

__X__   (Federal) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

                                             /s/ John Berwick
                                             John Berwick

In re LightPointe Communications
File No. 3915

<u>Debtor</u>
LightPointe Communications, Inc.
10140 Barnes Canyon Road
San Diego, CA 92121

Office of the United States Trustee
Attn:  Mary Testerman Duvoisin, Esq.
Attorney for United States Trustee
402 West Broadway # 600
San Diego, CA 92101

<u>Counsel to Creditors' Committee</u>
Gerald N. Sims, Esq.
Pyle Sims Duncan & Stevenson
401 "B" Street, Suite 1500
San Diego, CA 92101

<u>Claim No. 29</u>
Department of the Treasury-IRS
Attn:  Theresa Nesbitt, Insolvency Advisor
Insolvency Group 1
880 Front Street
San Diego, CA 92101-8869

<u>Claim No. 33</u>
San Diego County Treasurer-Tax Collector
Attn:  Jan Albert Fontecha-Bankruptcy Desk
1600 Pacific Highway, Room 162
San Diego, CA 92101

Chief, Special Procedures
Section – Insolvency
Internal Revenue Service
P.O. Box 30213
Laguna Niguel, CA 92607-0213

<u>RSN</u> - Iron Mountain Information, Inc.
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

<u>RSN</u>
Mr. David Wilson
CFO/COO, OnPR, Inc.
500 108th Avenue NE; Suite 770
Bellevue, WA 98004

<u>RSN</u>
CMP
c/o Metro Group, Attn: Marcus L. Arky
61 Broadway, Suite 1410
New York, NY 10006