# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | LIGHTPOINTE COMMUNICATIONS, INC. |
| **Case Number:** | 06-02040-LT11    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, FEBRUARY 01, 2008 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | JENNIFER PURKEY |
| **Reporter / ECR:** | COLLETTA BROOKS |

### Matter:

O.C.C.'S OPPOSITION TO APPLICATION FOR ENTRY OF FINAL DECREE CLOSING REORGANIZED DEBTOR'S CHAPTER 11 CASE

### Appearances:

JACQUELINE RODRIGUEZ, ATTORNEY FOR DEBTOR (TELEPHONICALLY)
David Ortiz, ATTORNEY FOR Office of USTT

### Disposition:

Applicatiion granted. Order to be submitted by: movant